UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


UNITED STATES OF AMERICA,      )      Case No.: 1:18 CR 629-002
                                             )
      Plaintiff                     )      JUDGE SOLOMON OLIVER, JR.
                                             )
      v.                             )
                                             )
ARION COLVIN,                   )      **ORDER ACCEPTING PLEA**
                                             )      **AGREEMENT, JUDGMENT AND**
                                             )      **REFERRAL TO U. S. PROBATION**
      Defendant                 )      **OFFICE**


This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker regarding the change of plea hearing of Arion Colvin, which was referred to the Magistrate Judge with the consent of the parties.

On October 24, 2018, the Government filed a 13 count Indictment, charging  Defendant, Arion Colvin, in counts 1, and 11, with Conspiracy to Possess with Intent to Distribute Controlled Substances in violation of Title 21 U.S.C. 846, and Possession with Intent to Distribute Controlled Substances in violation of 21 U.S.C. 841(a)(1) and (b)(1)(C ), respectively.  Defendant Colvin was arraigned on November 1, 2018, and entered a plea of not guilty to Counts 1 and 11, before Magistrate Judge David A. Ruiz.  On July 24, 2019, Magistrate Judge Thomas M. Parker received Defendant Colvin's plea of guilty to Counts 1 and 11 of the Indictment and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty

entered.

Neither party submitted objections to the Magistrate Judge's R&R.

On *de novo* review of the record, the Magistrate Judge's R&R is hereby adopted. Defendant Arion Colvin is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is hereby approved.

Therefore, Defendant Colvin is adjudged guilty of Counts 1 and 11 of the Indictment, in violation of Title 21 U.S.C. § 846 and 21 U.S.C 841 (a)(1) and (b)(1)(C). This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation report. Sentencing will be held on October 30, 2019, at 3:30 p.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

*/s/SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

September 11, 2019